Complaint

# UNITED STATES DISTRICT COURT

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LUIS MORENO CONTRERAS

BEFORE U?S Magistrate Judge Stephen Larson ,
Name of Magistrate

Magistrate's Docket No:

Case No.

COMPLAINT for VIOLATION of

U.S.C. Title 18

Section 1073

FILED
CLERK, U.S. DISTRICT COURT

SEP - 1 2005

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Riverside, California
Address of Magistrate
BY

**The undersigned complainant being duly sworn states:**

That on or about June 14, 2005, in Riverside County, in the Central District of California,

LUIS MORENO CONTRERAS

did knowingly, willfully, and unlawfully move or travel in interstate or foreign commerce from the State of California, with the intent to avoid prosecution for the crime of murder, in violation of California Penal Code, Section 187, a felony, in which CONTRERAS was charged in warrant number RIF124640, issued on July 5, 2005, by the Riverside County Consolidated Courts, in violation of Title 18, United States Code, Section 1073.

**And the complainant states that this complaint is based on:**

See attached affidavit

Signature of Complainant

Terry A. Meyer (Task Force Officer)
Special Deputy
United States Marshals Service

Official Title

Sworn to before me, and subscribed in my presence,

_Sept. 1_ , 2005, at Riverside, California.

United States Magistrate Judge

ENTER ON ICMS

SEP - 6 2005

<u>AFFIDAVIT</u>

I, TERRY A. MEYER, being duly sworn, hereby depose and say as follows:

1. I am a Detective with the Riverside Police Department ("RPD") and have served in that capacity for approximately twelve years. I have been in law enforcement for approximately sixteen years. I am currently assigned to the Federal Bureau of Investigation ("FBI") on a multi-jurisdictional Violent Crime/Fugitive Task Force in Riverside, California. I am currently cross-sworn as a Special Deputy of the United States Marshals Service.

2. This affidavit is made in support of an application for a complaint and arrest warrant charging LUIS MORENO CONTRERAS, date of birth October 16, 1973, with a violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

3. On or about June 20, 2005, I was contacted by RPD Detective Jay Greenstein, who requested the assistance of the FBI and the Fugitive Task Force in locating and apprehending CONTRERAS, who has fled the State of California to avoid apprehension for the crime of murder. Detective Greenstein advised me of the following:

1

a. On June 14, 2005, RPD Officers responded to a residence in Riverside, California, and found Alfonso Vera, deceased from numerous gunshot wounds. Vera is the cousin of CONTRERAS. A comprehensive investigation was conducted which identified CONTRERAS as one of the persons responsible for the murder.

b. At the time of the murder, CONTRERAS was on active parole with the State of California, after an October 16, 2000, felony conviction for being an ex-felon with a handgun, a violation of the California Penal Code, Section 12021(A)(1), and felony evading arrest, a violation of the California Vehicle Code, Section 2800.2. CONTRERAS served sixteen months in the California State prison system. After being released from prison, CONTRERAS absconded from his parole supervision and the California Department of Corrections and Rehabilitation issued a felony warrant charging CONTRERAS with a parole violation, a violation of the California Penal Code, Section 3056.

c. On July 5, 2005, a felony warrant was issued by the Riverside County Consolidated Courts charging CONTRERAS with VERA'S murder, in violation of the California Penal Code, Section 187.

d. On July 12, 2005, the vehicle driven by CONTRERAS at the time of the murder was found in Tijuana, Mexico, by local authorities.

4. Task Force Officers and I have searched for CONTRERAS at all known Southern California locations without success.

5. On August 29, 2005, I received information from a confidential source who has been reliable throughout this investigation. This source told me CONTRERAS fled to Mexico sometime around the second or third week of July 2005, with his grandmother, Consuelo Guzman Vera. The source said Vera took CONTRERAS to her residence in Tijuana, Mexico.

6. My training and experience in fugitive investigations has led me to believe that persons, in this case LUIS MORENO CONTRERAS, who have committed crimes which may lead to incarceration upon their arrest and/or conviction, often flee the area from which they are wanted. My training and experience also leads me to believe that many fugitives, specifically those wanted by law enforcement agencies in Southern California, and particularly those fugitives with family or other ties to Mexico, often will take advantage of the proximity to the international border and flee to Mexico to avoid apprehension.

7.   Based on the above facts, I have probable cause to believe that LUIS MORENO CONTRERAS has fled the State of California to avoid prosecution in violation of Title 18, United States Code, Section 1073.

x /s/ _____
Terry A. Meyer
Special Deputy
United States Marshals Service
Riverside, California

Subscribed and sworn to before me this 1st day of September, 2005.

_____
U.S. Magistrate

4